Order entered January 8, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01234-CV

**STO CORP., Appellant**

**V.**

**CANAL SIDE LOFTS, LTD., ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-04649-B**

## ORDER

We **GRANT** the January 5, 2015 second motion of Court Reporter Renee Drake for an extension of time to file the reporter's record. The reporter's record shall be filed within **THIRTY DAYS** of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE